UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RHYTHMONE LLC, <br><br> Plaintiff, <br><br> v. <br><br> DATAXU, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF RHYTHMONE LLC'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff, RhythmOne, LLC ("RhythmOne"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 7.1 and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, states as follows:

RhythmOne is a California limited liability company with business offices located at 251 Kearny Street, 2nd Floor, San Francisco, CA 94108.

RhythmOne is wholly owned by RhythmOne (US) Holding, Inc.

> **RHYTHMONE, LLC**
>
> By: /s/ Robert Sherman
> ROBERT SHERMAN(BBO No. 458540)
> JENNIFER BROWN (BBO No. 681442)
> DLA PIPER LLP (US)
> 33 Arch Street, 26th Floor
> Boston, MA 02110-1447
> (617) 406-6000 (*telephone*)
> (617) 406-6100 (*facsimile*)
> *robert.sherman@dlapiper.com*
> *jennifer.brown@dlapiper.com*
>
> Attorneys for Plaintiff

Dated: July 21, 2017

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 21st day of July, 2017 via electronic mail to:

Scott Lashway
Holland & Knight
10 St. James Avenue
11th Floor
Boston, MA 02116

*Counsel for Defendant*

                */s/ Jennifer Brown*