**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**RhythmOne LLC**
                Plaintiff(s)

            CIVIL ACTION

    V.

            NO. **1:17-cv-11347-DJC**

**DataXu, Inc.**
                Defendant(s)

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE **Denise J. Casper**

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[**X**]    On **1/12/2018** I held the following ADR proceeding:

|  |  |  |  |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| **X** | MEDIATION | _____ | SUMMARY BENCH / JURY TRIAL |
| _____ | MINI-TRIAL | _____ | SETTLEMENT CONFERENCE |

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]    Settled. Your clerk should enter a ____ day order of dismissal.

[ ]    There was progress. A further session has been scheduled for_____ unless the case is reported settled prior to that date.

[**X**]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

**11/16/2018**                            **/s/ Jennifer C. Boal**
DATE                                       ADR Provider